UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : **Case No. 1:23-cv-1956-SDG** <br> : <br> **HARAR PROPERTIES, LLC** : <br> **A Limited Liability Company** : <br> : <br> **Defendant.** : <br> _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Marcus Ingram hereby notifies this Court pursuant to Local Rule 41.1 that the parties have agreed to settle this lawsuit and are working to formalize papers to affect such settlement and for dismissal of this case with prejudice. The parties anticipate filing dismissal papers within fourteen (14) days and respectfully request this Court to stay all proceedings.

Dated: July 11, 2023

                                                 Respectfully submitted,

                                                 /s/ *Pete M. Monismith*
                                                 Pete M. Monismith
                                                 *Attorney for Plaintiff*
                                                 Georgia Bar No. 941228
                                                 3945 Forbes Avenue, #175
                                                 Pittsburgh, PA 15213
                                                 (tel) 724-610-1881

(fax) 412-258-1309
pete@monismithlaw.com